RECEIVED
OCT 2 8 2003

UNITED STATE DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------- x

MARIO TETA, JR. AND RONALD MACHADO :

                Plaintiffs,   :    CIVIL CASE NO.
                                 :    302 CV 2183 (JCH)

        VS.

LI QUIN FU, SHANGHAI MATSUOKA
COMPANY, LTD, LONG YI WANG, AMANDA
Z. MAW, JERRY WANG, VICKI ZHANG AND
MATSUOKA AMERICA LIMITED,

                Defendants.
                                 :    OCTOBER 27, 2003

**JOINT RULE 16 REPORT**

The parties submit hereby submits their Joint Rule 16 Report as follows:

1.     Plaintiffs' proposed Amended Complaint asserts or purports to assert various claims arising out of an alleged oral agreement between the Plaintiffs and Shanghai Matsuoka Company pertaining to investigation of printing operations in the United States by plaintiffs for purchase by said defendant. Plaintiffs' claims are for breach of contract, quantum meruit, breach of covenant of good faith and fair dealing, fraud, misrepresentation, conversion, interference with business relations and conspiracy. Plaintiffs seek monetary damages.

Plaintiffs' motions to amend the complaint and for issuance of summons are pending. There is also a pending motion by the defendants to dismiss the complaint.

2. There is a fundamental; disagreement between the parties as to the existence of a contract between them, and, if there was a contract, as to its scope and terms. Shanghai Matsuoka Company, a Chinese corporation, ultimately entered into a master franchise agreement with a printing franchisor, Sir Speedy, covering China. The plaintiffs claim they are entitled to a fee because of that agreement. The defendants deny the existence of any contract or other legal grounds for such a fee.

3. Discovery is not yet completed. The defendants intend to respond to plaintiff's written discovery requests by November 7, 2003. Deposition of the parties should be completely by February 15, 2003. Non-party discovery of Sir Speedy may also be necessary and should be completed by February 15, 2003.

4. There is a pending motion to dismiss. The defendants believed that if the motion to dismiss is denied, summary judgment may be appropriate on one or more of the remaining claims after completion of discovery.

5. An answer to the complaint must be filed if the motion to dismiss is denied.

6. The case will be ready for trial on June 1, 2004. Counsel estimates between three and four trial days will be required.

7. In addition to completion of fact discovery mentioned above, expert discovery may be required.

8.  The Court can facilitate the progress of the case by ruling, as soon as the Court's schedule permits, on its pending motions, in particular the motion to dismiss, so that the parties know the precise nature and scope of the claims, if any, before the court.

9.  At this time, the parties do not believe a settlement conference or assignment to a special master would be beneficial. The parties would like to reserve their right to request such assistance in the future.

The undersigned counsel does hereby certify that they have substantively discussed settlement in good faith since the issuance of the court's order of June 13, 2003.

The undersigned counsel do hereby certify that they have discussed the option of referral for trial by a Magistrate Judge and at the time the clients are not prepared to avail themselves of this option.

THE PLAINTIFFS
MARIO TETA, JR., AND RONALD MACHADO

By: _____
George Kent Guarino, Esq. (ct 22050)
Edward N. Lerner, Esq. (ct 07355)
Lerner & Guarino, LLC
112 Prospect Street
Stamford, CT 06901
Tel: (203) 316-8122
Fax: (203) 363-7914

THE DEFENDANTS
LI QUIN FU, LONG YI WANG, AMANDA Z. MAW,
JERRY WANG, VICKI ZHANG AND MATSUOKA
AMERICA LIMITED,


By: *[signature]*
Matthew C. Mason (ct 15291)
Gregory and Adams, P.C.
190 Old Ridgefield Road
Wilton, CT 06897
(203) 762-9000 (Tel.)
(203) 834-1628 (Fax)
mmason@gregoryandadams.com

4

GREGORY AND ADAMS,P.C. Fax:2038341628　　　Oct 27 2003 17:03　P.02
Case 3:03-cv-00783-JCH　Document 36　Filed 10/29/2003　Page 4 of 4