FILED

UNITED STATES DISTRICT COURT SEP 23  A 10: 21
FOR THE DISTRICT OF CONNECTICUT

US [illegible]

---

MARIO TETA, JR. and RONALD MACHADO      :
                                         :   Civil Case No: 03
        Plaintiffs,                      :   302 CV 2183 (JCH)
                                         :
        -v-                              :
                                         :
LI QUIN FU, SHANGHAI MATSUOKA            :
COMPANY, LTD, LONG YI WANG,              :
AMANDA Z. MAW, JERRY WANG, VICKI         :
ZHANG and MATSUOKA AMERICA LIMITED,      :
                                         :
        Defendants.                      :
                                         :   September 19, 2003
---

**MOTION FOR ISSUANCE OF ADDITIONAL SUMMONS
FOR SERVICE UPON DEFENDANT LONG YI WANG, DEFENDANT
SHANGHAI MATSUOKA COMPANY, LTD AND DEFENDANT LI QUIN FU**

The Plaintiffs request this honorable court order the issuance of additional summons for service of process upon the defendants Shanghai Matsuoka Company, LTD and defendant Li Quin Fu. Both the defendants require service in the country China and the time period on the original summons issued for service upon these defendants has expired. The plaintiffs intend to effectuate service to the best of their ability in the country of China upon issuance of the new Summons. Further, the plaintiffs request an additional Summons for service of process upon defendant Long Yi Wang, who has purportedly quit working for defendant Matsuoka America and whose address and new place of employment has now become unascertainable. The plaintiffs do intend in good faith to obtain his whereabouts through discovery in this case.

[Handwritten margin notes: "Motion granted - Plaintiffs are directed to begin efforts to serve promptly." "11/24/03" "So Ordered."]