*RESCHEDULED FROM NOVEMBER 5, 2003

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

AMENDED
Rule 16 Conference Calendar

Honorable Janet C. Hall, U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Chambers Room #417

NOVEMBER 24, 2003

2:00 p.m.

CASE NO.   3-02-cv-2183 (JCH)        Teta v. Fu

Edward N. Lerner
George K. Guarino
Law Offices of Edward N. Lerner
112 Prospect St.
Stamford, CT 06901

Matthew C. Mason
Gregory & Adams
190 Old Ridgefield Rd.
Wilton, CT 06897

All persons entering the courthouse must show photo identification.

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

*(Stamp: RULE 16 CONFERENCE HELD  Date: 11/24/03  30 mins)*