UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT



FILED

2004 FEB 18  A 10: 13

-------------------------------------------------

MARIO TETA, JR. and RONALD MACHADO

    Plaintiffs,

-v-

LI QUIN FU, SHANGHAI MATSUOKA
COMPANY, LTD, LONG YI WANG,
AMANDA Z. MAW, JERRY WANG, VICKI
ZHANG and MATSUOKA AMERICA LIMITED,

    Defendants.

-------------------------------------------------

Civil Case No:
302 CV 2183 (JCH)

February 17, 2003

## MOTION TO EXTEND TIME FOR DISCOVERY

Plaintiffs in this matter hereby move to extend the time to take discovery for 90 days from the date of the Court's order on this motion. The extension of time is necessary to adequately complete discovery in this matter. Further, it is anticipated that all discovery will be completed within this requested period. The defendants have no objection to this extension of time.

FOR THE PLAINTIFFS

By: _____
George K. Guarino
Lerner & Guarino, LLC
112 Prospect Street
Stamford, CT  06901
(203) 316-8122
Bar No.:  CT22050

## CERTIFICATION OF SERVICE

This is to certify that the a copy of the foregoing was served by facsimile and United States first class mail, postage prepaid this 17th day of February, 2004 to all counsel of record as follows:

Matthew C. Mason, Esq.
Gregory and Adams, P.C.
190 Old Ridgefield Road
Wilton, CT 06897-4023

By_____
George K. Guarino (CT 22050)
Lerner & Guarino, LLC