UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 FEB 23 P 3: 39

| | | |
|---|---|---|
| MARIO TETA, ET AL | : | |
|     Plaintiffs | : | CIVIL ACTION NO. |
| v. | : | 3:02-cv-2183 (JCH) |
| | : | |
| LI QUIN FU, ET AL | : | |
|     Defendants. | : | FEBRUARY 23, 2004 |

### ORDER

Plaintiffs have requested leave to file an Amended Complaint. Federal Rule of Civil Procedure 15(a) provides that leave to amend pleadings should be "freely given when justice so requires." The Rule has been interpreted to allow amendments except upon a showing of bad faith or that substantial prejudice to a party would result. Rogers v. Valentine, 426 F.2d 1361 (2d. Cir. 1970). The court finding none, plaintiffs' motion to file the Amended Complaint is granted.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 23rd day of February, 2004.

_____
Janet C. Hall
United States District Judge

1