UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2004 FEB 18 A 10: 13

---

MARIO TETA, JR. and RONALD MACHADO  :

    Plaintiffs,  :

    -v-  :

LI QUIN FU, SHANGHAI MATSUOKA
COMPANY, LTD, LONG YI WANG,
AMANDA Z. MAW, JERRY WANG, VICKI
ZHANG and MATSUOKA AMERICA LIMITED, :

    Defendants.  :

Civil Case No:
302 CV 2183 (JCH)

February 17, 2003

### MOTION TO EXTEND TIME FOR DISCOVERY

Plaintiffs in this matter hereby move to extend the time to take discovery for 90 days from the date of the Court's order on this motion. The extension of time is necessary to adequately complete discovery in this matter. Further, it is anticipated that all discovery will be completed within this requested period. The defendants have no objection to this extension of time.

GRANTED. Absent Objection. Discovery deadline is 6/24/04. No further extension will be granted.

/s/ [Judge signature], U.S.D.J.