UNITED STATE DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2004 DEC 30  A 9: 46

U.S. DISTRICT COURT
BRIDGEPORT, CONN

---------------------------------x
MARIO TETA, JR. AND RONALD MACHADO   :

Plaintiffs,   :   CIVIL CASE NO.
                  302 CV 2183 (JCH)

VS.   :

LI QUIN FU, SHANGHAI MATSUOKA   :
COMPANY, LTD, LONG YI WANG, AMANDA   :
Z. MAW, JERRY WANG, VICKI ZHANG AND   :
MATSUOKA AMERICA LIMITED,   :

Defendants.   :
              :   DECEMBER 30, 2004

**MOTION TO DISMISS OF DEFENDANTS
LONG YI WANG AND QINFU LI**

The defendants Qinfu Li, mistakenly named as Li Quin Fu, and Long Yi Wang hereby move (i) pursuant to Rule 12(b) (5) of the Federal Rules of Civil Procedure to dismiss the complaint against them for insufficiency of service of process; [1] and Rules 9(b) and 12(b) (6) of the Federal Rules of Civil Procedure to dismiss the complaint against them on the grounds of failure to state a claim upon which relief can be granted. In support of the motion the defendants submit the Defendants' Memorandum of Law in Support of Motion to Dismiss; the Affidavit of Matthew C. Mason sworn to on December 29, 2004; and incorporate by reference the Affidavit of Jerry Wang, sworn to on April 23, 2003 (previously filed with the court) [Docket No. 15]; and the Affidavit of Vicki Zhang,

---

[1] To this date, no return of service of any kind has been filed with respect to service on Shanghai Matsuoka Company, Ltd. and to the best of its knowledge it has never been served with the summons and complaint. Accordingly, Shanghai Matsuoka Company, Ltd is not at this time making a motion pursuant to Rule 12 of the Federal Rules of Civil Procedure, and it expressly reserves its right to do so in the event plaintiffs do attempt to effectuate service upon it.

1

sworn to on April 23, 2003 (previously filed with the court)[Docket No. 16].

                    THE DEFENDANTS QINFU LI and LONG YI WANG

By_____
     Matthew C. Mason (ct 15291)
     Gregory and Adams, P.C.
     190 Old Ridgefield Road
     Wilton, CT 06897
     (203) 762-9000 (Tel.)
     (203) 834-1628 (Fax)
     mmason@gregoryandadams.com

2

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was served by United States first class mail, postage prepaid this 29th day of December, 2004 to all counsel of record as follows:

George Kent Guarino, Esq.
Ed Lerner, Esq.
Lerner & Guarino, LLC
112 Prospect Street
Stamford, CT 06901

By _____
Matthew C. Mason (ct 15291)
Gregory and Adams, P.C.

MCM/djl
O:\CLIENTS\WANG\Motion to Dismiss.122304doc

3