UNITED STATE DISTRICT COURT
DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| MARIO TETA, JR. AND RONALD MACHADO : | |
| : | |
| Plaintiffs, : | CIVIL CASE NO. |
| : | 302 CV 2183 (JCH) |
| VS. : | |
| : | |
| LI QUIN FU, SHANGHAI MATSUOKA : | |
| COMPANY, LTD, LONG YI WANG, AMANDA : | |
| Z. MAW, JERRY WANG, VICKI ZHANG AND : | |
| MATSUOKA AMERICA LIMITED, : | |
| : | |
| Defendants. : | |
| : | DECEMBER 29, 2004 |

## AFFIDAVIT OF MATTHEW C. MASON

STATE OF CONNECTICUT    )
                       )   ss.   Wilton
COUNTY OF FAIRFIELD     )

MATTHEW C. MASON, hereby being duly sworn, deposes and says:

1. I am over the age of eighteen and believe in the obligation of an oath.

2. I am a principal of the firm of Gregory and Adams, P.C., counsel to the defendants in this action. I am a member in good standing of the bar of this Court.

3. Attached as Exhibit A hereto are true and accurate copies of pages 29, 30, 33-34 from the Deposition Transcript of Jerry Wang, taken on June 15, 2004 at 10:00 a.m. at the law offices of Lerner & Guarino, LLC, 112 Prospect Street, Stamford, CT 06901.

4. Attached as Exhibit B hereto is a true and accurate copy of page 19 from the Deposition Transcript of Mazin [Amanda] Maw, taken on June 30, 2004 at the law

1

offices of Windels, Marx, Lane & Mittendorf, LLP, 156 West 56th Street, New York, NY 10019.

5. Attached as Exhibit C hereto are true and accurate copies of pages 23-29, 34-36, 46-48, 50–52 from the Deposition Transcript of Vicki Zhang, taken on June 22, 2004 at the law offices of Lerner & Guarino, LLC, 112 Prospect Street, Stamford, CT 06901.

6. Attached as Exhibit D hereto is a true and accurate copy of the business card of Quinfu Li produced by non-party Sir Speedy in this action.

_____
Matthew C. Mason

Sworn to before me this 29th day of December, 2004.

_____
Dawn J. Loglisci
Notary Public
My Commission Expires: 3/31/08

2

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was served by facsimile and United States first class mail, postage prepaid this 29th day of December, 2004 to all counsel of record as follows:

George Kent Guarino, Esq.
Ed Lerner, Esq.
Lerner & Guarino, LLC
112 Prospect Street
Stamford, CT 06901

By_____
   Matthew C. Mason (ct 15291)
   Gregory and Adams, P.C.