```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF CONNECTICUT          EXHIBIT A

--------------------------x
MARIO TETA, JR., and       :                    COPY
RONALD MACHADO             :
                           :
         Plaintiffs,       :
                           :
      v.                   :    CASE NO.
                           :    3-02-CV-2183-JCH
                           :
LI QUIN FU, SHANGHAI MATSUOKA :
COMPANY, LTD, LONG YI WANG, :
AMANDA Z. MAW, JERRY WANG, :
VICKI ZHANG and MATSOUKA   :
AMERICA, LIMITED           :
                           :
         Defendants.       :
--------------------------x
```

Deposition of JERRY WANG, taken pursuant to the Rules of Civil Procedure, before Corinne T. Thomas, LSR, Licensed Shorthand Reporter #SHR.439 and Notary Public within and for the State of Connecticut, held at the offices of Lerner & Guarino, LLC, 112 Prospect Street, Stamford, Connecticut, 06901, on June 15, 2004, at 10:00 a.m.

DEL VECCHIO REPORTING SERVICES, LLC
PROFESSIONAL SHORTHAND REPORTERS
117 RANDI DRIVE
MADISON, CT 06443
HARTFORD        203 245-9583        STAMFORD

```
1     A.    Before?
2     Q.    Yeah.
3     A.    Before, no.  After, I mean, we be in the same
4  office.
5     Q.    So Li Quin Fu -- withdrawn.
6           Tell me, as close as possible, your conversation
7  with Li Quin Fu the first time you met him.
8     A.    The first time I met him?
9     Q.    Yeah.
10    A.    The conversation?
11    Q.    First of all, where was it, in your office?
12    A.    No.
13    Q.    Where?
14    A.    In outside, in New York.
15    Q.    In New York.  And where did you meet?
16    A.    Vicki set up a dinner; we go to dinner together.
17    Q.    Do you remember the name of the restaurant?
18    A.    Chinese restaurant.
19    Q.    You spoke in Chinese?
20    A.    Yeah.
21    Q.    And what did you talk about at that dinner?
22    A.    We talk about at dinner, because I am leaving New
23 York City, I am talking about my business and what kind
24 of business I am doing, and he talk about what kind of
25 business he doing.
```

```
 1       Q.   Do you remember, approximately, when that meeting
 2   took place?
 3       A.   No.
 4       Q.   How soon afterwards did you meet in your office
 5   with Li Quin Fu?
 6       A.   I don't meet Li Quin Fu in my office.
 7       Q.   You never saw Li Quin Fu in your office?
 8       A.   Li Quin Fu in my office, no.  He don't like to
 9   come to office anyway, because office too small for him.
10       Q.   Could you read back the testimony about five
11   minutes back, about the first meeting with Li Quin Fu?
12   Could you read that back?
13            (Whereupon the record was read by the court
14       reporter.)
15   BY MR. LERNER:
16       Q.   Who brought up the issue of having both companies
17   on the business card?  You said you had a business card
18   that had both companies' names on it; is that correct?
19       A.   Yes.
20       Q.   And did you also have both companies' names on
21   the stationery?
22       A.   Yes.
23       Q.   I am showing you what has been marked as
24   11-Machado.  Take a look at that.  Is that the -- off
25   the record.
```

```
 1     Q.   And you met Li Quin Fu because you and he --
 2     A.   Before -- I mean after.
 3     Q.   After?
 4     A.   After I move in.
 5     Q.   And how many times had you met Li Quin Fu in New
 6  York?
 7     A.   How many times?  Every time he comes to here, he
 8  visits my home and we have dinner.
 9     Q.   He comes to your home for dinner?
10     A.   Yes.
11     Q.   And why did he come to your home for dinner?
12     A.   Because we are friends, since I go to Shanghai
13  and visit him every time.  I have a couple friends also
14  that he is friends with, too.
15     Q.   So you have become friends with Li Quin Fu?
16     A.   I become friends, yeah.
17     Q.   And do you share offices with Li Quin Fu?
18          MR. MASON:  Objection.
19          THE WITNESS:  No.
20  BY MR. LERNER:
21     Q.   No?
22     A.   I don't know what it means, "offices."
23     Q.   Does Li Quin Fu's company have an office in your
24  office space?
25          MR. MASON:  Objection.
```

```
 1              THE WITNESS:  Li Quin Fu's office, I don't
 2      know.  I know Vicki's office; I share with Vicki.
 3  BY MR. LERNER:
 4      Q.  You share with Vicki?
 5      A.  Yeah.
 6      Q.  Has Li Quin Fu ever been to the Empire State
 7  Building?
 8      A.  In my knowledge, I don't know.
 9      Q.  You have never seen Li Quin Fu in the Empire
10  State Building?
11      A.  No.
12      Q.  And what's the last time you had dinner with Li
13  Quin Fu?
14      A.  What's the last time?
15      Q.  Yes.
16      A.  Last month.
17      Q.  Last month?
18      A.  I was in China.
19      Q.  In China?
20      A.  Yeah.
21      Q.  Are you having dinner with him soon in New York?
22      A.  No.
23      Q.  Where in China, in Shanghai?
24      A.  Shanghai.
25      Q.  And do you know where he lives in Shanghai?
```