EXHIBIT B

**Page 1**

```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF CONNECTICUT
----------------------------------x
MARIO TETA, JR. and RONALD MACHADO,

            Plaintiffs,

vs.                      Case No. 3-02-CV-2183(JCH)
                         Date: June 30, 2004
LI QUIN FU, SHANGHAI MATSUOKA
COMPANY, LTD, LONG YI WANG,
AMANDA Z. MAW, JERRY WANG, VICKI
ZHANG and MATSOUKA AMERICA LIMITED,

            Defendants.
----------------------------------x


                DEPOSITION OF MAZIN MAW


    The deposition of Mazin Maw was

taken on June 30, 2004, at the law offices of

Windels, Marx, Lane & Mittendorf, LLP, 156

West 56th Street, New York, New York, before

Susan Wandzilak, Registered Professional

Reporter and Notary Public in the

State of Connecticut.




            DEL VECCHIO REPORTING SERVICES, LLC
            PROFESSIONAL SHORTHAND REPORTERS
                   117 RANDI DRIVE
              MADISON, CONNECTICUT 06443

MADISON, CT 06443        HARTFORD, CT 06106
203-245-9583             800-839-6867
```

**Page 2**

```
A P P E A R A N C E S

EDWARD LERNER, ESQUIRE
     112 Prospect Street
     Stamford, Connecticut 06905

          Attorney for Plaintiff

MATTHEW C. MASON, ESQUIRE
     Gregory & Adams, P.C.
     190 Old Ridgefield Road
     Wilton, Connecticut 06897-4023

          Attorney for Defendants

RAYMOND. D. RADOW, ESQUIRE
     299 Broadway, Suite 1504
     New York, New York 10007

          Attorney for Witness
```

**Page 3**

```
          S T I P U L A T I O N S

     IT IS HEREBY STIPULATED AND AGREED by

and between counsel representing the parties that

each party reserves the right to make specific

objections at the trial of the case to each and

every question asked and of answers given

thereto by the deponent, reserving the right to

move to strike out where applicable, except as to

such objections as are directed to the form of

the question.

     IT IS HEREBY STIPULATED AND AGREED by

and between counsel representing the respective

parties that proof of the official authority of

the Notary Public before whom this deposition is

taken is waived.

     IT IS FURTHER STIPULATED AND AGREED by

and between counsel representing the respective

parties that the reading and signing of the

deposition by the deponent is waived.

     IT IS FURTHER STIPULATED AND AGREED by

and between counsel representing parties that all

defects, if any, as to the notice of the taking

of the deposition are waived.

     Filing of the Notice of Deposition with

the original transcript is waived.
```

**Page 4**

```
               I N D E X

TESTIMONY OF MAZIN MAW

     Direct Examination by Mr. Lerner      5

CERTIFICATE OF REPORTER                  125



            E X H I B I T S

Plaintiff's Exhibit 1                     6
Plaintiff's Exhibit 2                   100
```

17

1    A. White Plains, yes.
2    Q. Is it a hotel that had a circular
3 driveway in front of it, do you recall?
4    A. Yes.
5    Q. And, that had a restaurant on the first
6 floor?
7    A. Yes.
8    Q. And, if you walk into the hotel, is it a
9 hotel that has a restaurant on the left side as
10 you walk in; do you remember?
11    A. I don't remember.
12    Q. Is it a hotel -- do you know White
13 Plains at all?
14    A. No, I don't.
15    Q. Are you familiar with it?
16    A. No.
17    Q. Is it a hotel maybe five or six stories
18 high; is that the hotel?
19    A. I don't remember.
20    Q. And, how many times did you see Li Quin
21 Fu and Vicki Zhang at the hotel?
22    A. At the hotel?
23    Q. Yes.
24    A. Once.
25    Q. What was the purpose of seeing them

18

1 there?
2    A. We were supposed to go on a trip.
3    Q. Trip where?
4    A. To Connecticut.
5    Q. And, did you go?
6    A. Yes, we did.
7    Q. And, that was a trip that Mr. Teta was
8 present on?
9    A. Correct.
10    Q. And, were there any other times you saw
11 Vicki Zhang and Li Quin Fu together?
12    A. Yes.
13    Q. What are those other times?
14    A. Okay, what other times -- maybe after
15 five days.  Do I have to describe to you what
16 activities were involved or --
17    Q. You said you saw them in the hotel?
18    A. We went to pick them up.
19    Q. And, who is we, by the way?
20    A. Long Yi and I.
21    Q. You went to pick Vicki Zhang and Li Quin
22 Fu up?
23    A. Correct.
24    Q. And, that was in 2001?
25    A. I don't remember the time.

19

1    Q. That was the time you went to --
2    A. Summer time, yes.
3    Q. You went to Sir Speedy in Waterbury?
4    A. Correct.
5    Q. Or somewhere in Connecticut?
6    A. Correct.
7    Q. And, tell me the other times you saw
8 Vicki Zhang with Li Quin Fu?
9    A. At the office.
10    Q. At the office?
11    A. Yes.
12    Q. How many times?
13    A. Just once.
14    Q. And, do you recall when that was?
15    A. Mr. Li and I went shopping.
16    Q. You went shopping with Li Quin Fu?
17    A. And the son, yes.
18    Q. This was personal shopping, not business
19 shopping?
20    A. Correct.
21    Q. Was Vicki Zhang with you?
22    A. No.
23    Q. Are there any other times you saw Vicki
24 Zhang and Li Quin Fu together?
25    A. No.

20

1    Q. Did she ever discuss Li Quin Fu with
2 you?
3    A. Discuss in which way?
4    Q. In any way.
5    A. No.
6    Q. Never?
7    A. Never.
8    Q. Do you know if Li Quin Fu has a son?
9    A. Yes.
10    Q. And, how many times have you met that
11 son?
12    A. A few times.
13    Q. Tell me the different times you met the
14 son?
15    A. A lot of times.  He would come to the
16 office to spend time because summer holidays, he
17 would just stay in the office and hang around.
18 And we went to take a trip down to Florida for a
19 week and I went to visit his house for holidays
20 sometime.
21    Q. So, what is Li Quin Fu's son's name?
22    A. Bowen, I only know his American name,
23 Bowen.
24    Q. Okay, so Bowen used to come to the
25 office?