**EXHIBIT C**

```
 1   UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF CONNECTICUT
 2   ------------------------------------x
     MARIO TETA, JR. AND RONALD MACHADO,
 3
              Plaintiffs,
 4
     vs.                        Case No. 802CV2183
 5                              Date: June 22, 2004
     LI QUIN FU, SHANGHAI MATSUOKA
 6   COMPANY, LTD., LONG YI WANG,
     AMANDA Z. MAW, JERRY WANG, VICKI
 7   ZHANG AND MATSUOKA AMERICA LIMITED,

 8            Defendants.
     ------------------------------------x
 9

10
                  DEPOSITION OF VICKI ZHANG
11

12      The deposition of Vicki Zhang was

13   taken on June 22, 2004, at the law offices of

14   Lerner & Guarino, 112 Prospect Street, Stamford,

15   Connecticut before Susan Wandzilak, Registered

16   Professional Reporter and Notary Public in the

17   State of Connecticut.

18

19

20

21
                DEL VECCHIO REPORTING SERVICES, LLC
22               PROFESSIONAL SHORTHAND REPORTERS
                          117 RANDI DRIVE
23                  MADISON, CONNECTICUT 06443

24   MADISON, CT  06443        HARTFORD, CT  06106
     203-245-9583               800-839-6867
25
```

```
 1   and Matsuoka?
 2              MR. MASON:  Objection.
 3              THE WITNESS:  She said which Matsuoka.
 4   BY MR. LERNER:
 5        Q.    Any Matsuoka, Matsuoka America, Matsuoka
 6   Industries, Matsuoka in Japan, did she tell you
 7   anything about Matsuoka at all and Li Quin Fu?
 8        A.    I cannot remember.  I cannot remember.
 9        Q.    You don't remember?
10        A.    No.
11        Q.    Now, since you have been working for
12   Matsuoka America, how many times have you met Li
13   Quin Fu?
14        A.    Let me think about it.  About five
15   times.
16        Q.    Of those five times, how many were in
17   the United States?
18        A.    Three times.  It could be four times but
19   the real exactly time I cannot remember.  In
20   China, maybe one or two times.
21        Q.    Now, when you met Li Quin Fu in the
22   United States, was it for just one day or more
23   than one day?
24              MR. MASON:  Objection.
25   BY MR. LERNER:
```

```
 1          Q.   Okay, the first time you met -- I will
 2   withdraw the question.
 3               The first time you met Li Quin Fu in
 4   the United States, what was the purpose of the
 5   meeting?
 6          A.   That's no special occasion.
 7          Q.   Well, why did you meet him?
 8          A.   I cannot understand.  Can you rephrase
 9   your question because I --
10          Q.   Let's start off, where did you meet Li
11   Quin Fu the first time you met him in the United
12   States?
13          A.   About 2001, June or July, around there.
14          Q.   The question was where did you meet
15   him.
16          A.   In New York.
17          Q.   And, where in New York, where
18   specifically in New York?  Did you meet him in an
19   office, did you meet him in a restaurant, did you
20   meet him in Scarsdale, where did you meet him?
21          A.   I went to the airport to pick him up.
22          Q.   And, when you picked him up, where did
23   you go?
24          A.   Went to a lot of places.
25          Q.   Well, let's take each place.  A lot of
```

```
 1    places, tell me all of the lot of places, each
 2    one of the lot?  Withdrawn.
 3            You said you went to a lot of places,
 4    were there five places, more than five places
 5    that you went to?
 6       A.  I remember we went to a lot of places
 7    but I cannot remember exactly where.
 8       Q.  You remember no places you went to on
 9    that trip, just so we understand?
10            MR. MASON:  Objection.
11            THE WITNESS:  The first place I take him
12       to the hotel.
13   BY MR. LERNER:
14       Q.  What hotel?
15       A.  I remember -- I don't remember exactly
16    the name of the hotel.
17       Q.  Where was the hotel, was it in Manhattan
18    or White Plains?
19       A.  It's not in Manhattan.
20       Q.  Was it in downtown White Plains?
21       A.  She said, yes, could be.
22       Q.  Now, did Li Quin Fu visit the offices of
23    Matsuoka America in the first trip?
24       A.  He went there once.
25       Q.  Once ever or once on the first trip?
```

```
 1         A.   First time one or two times.
 2         Q.   One or two times on the first trip or
 3    one or two times -- I just want to make sure, you
 4    went there on the first trip one or two times?
 5         A.   Yes.
 6         Q.   One thing, Ms. Zhang, whether in English
 7    or Chinese, if you nod, nobody understands.  The
 8    reporter only takes down what you say, just so
 9    you know that.  So, when you nod up and down like
10    you did to my last question, nobody understood.
11              MR. MASON:  I would agree with the
12         comment that the reporter can't take down a
13         nod.  I object to the gratuitous comments
14         beyond that.  And there are people who when
15         they are listening to a question can nod and
16         it can reflect an understanding of the
17         question.  It doesn't necessarily mean a
18         yes.  So, I agree that she must speak
19         audibly, beyond that.
20              MR. LERNER:  Okay, let's just move on.
21              THE WITNESS:  She said that's a Chinese
22         way to show respect to the people you talk
23         to.
24    BY MR. LERNER:
25         Q.   Thank you, I appreciate it.
```

```
 1              Anyway, the next -- on this first trip
 2   when Li Quin Fu went to the offices of Matsuoka
 3   one or two times, what did you discuss --
 4   withdrawn.  Why did he go to the office?
 5        A.   Just to inspect how they work, to see
 6   how this office functions.
 7        Q.   And, why did Li Quin Fu want to see how
 8   the office functioned?
 9             MR. MASON:  Objection.
10             MR. LERNER:  Withdrawn.
11   BY MR. LERNER:
12        Q.   Do you know why Li Quin Fu wanted to
13   know how the office functioned?
14             MR. MASON:  Objection.
15             THE WITNESS:  I don't know what he was
16        thinking.
17   BY MR. LERNER:
18        Q.   Did you tell him on this first time he
19   came to the office how the office functioned?
20        A.   The first time when he bidded into the
21   office, we discussed a lot of how the business is
22   done in the United States and how this office,
23   you know, has to deal with it, maybe they have a
24   different way -- I am sorry.  And, also note the
25   markets -- I am not too specific on.
```