```
 1         Q.   Matsuoka Industries.
 2         A.   I do not know.
 3         Q.   You don't know.  Was he looking to
 4    explore, was Mr. Li here to explore business
 5    opportunities for Matsuoka America?
 6              MR. MASON:  Objection.
 7              THE WITNESS:  I do not know.
 8    BY MR. LERNER:
 9         Q.   Your testimony was that he was exploring
10    business opportunities?
11         A.   He just -- just check the market.
12         Q.   How do you know that?  Did he tell you
13    that?
14         A.   He told me.
15         Q.   You have to -- I asked a second part of
16    the question.  I am going to withdraw it and
17    start again so there is no question.
18              MR. LERNER:  Could you read me back my
19         last question?
20              (Whereupon, the previous question was
21         read back.)
22    BY MR. LERNER:
23         Q.   Your testimony was that he was exploring
24    business opportunities.  Did he say that to you,
25    Li Quin Fu?
```

```
 1         Q.    To your knowledge, did Long Yi Wang at
 2   any time from 2001 to 2003 work for Bridge
 3   Trading?
 4         A.    Yes.
 5         Q.    So, he worked for two companies, then,
 6   Long Yi?
 7         A.    Yes.
 8         Q.    Now, we talked about Mr. Li Quin Fu's
 9   first visit with you and first trip to the United
10   States where you met him.  You said he made about
11   five trips to the United States over the last two
12   years.  Is that from 2001 to 2004?  Is that
13   fair?
14               MR. MASON:  Objection.
15               MR. LERNER:  I will withdraw it.
16   BY MR. LERNER:
17         Q.    After that first trip, from then until
18   as we sit here today, approximately how many
19   times did Li Quin Fu come to the United States?
20               MR. MASON:  Objection.
21               MR. LERNER:  I will withdraw the
22         question.
23   BY MR. LERNER:
24         Q.    How many times from 2001 to 2004 did Li
25   Quin Fu come to New York and visit the offices of
```