```
 1   Matsuoka America?
 2        A.   Only, he only visit on his first visit
 3   to the United States.  After that he never came
 4   into the office anymore.
 5        Q.   When he came to New York City on any
 6   other occasion, did you meet him?
 7        A.   Yes.
 8        Q.   Did you meet him relating to the
 9   business of Matsuoka America?
10        A.   No.
11        Q.   Do you recall how many times you met
12   him?
13             MR. MASON:  Objection.
14   BY MR. LERNER:
15        Q.   On the visits to New York from 2001 to
16   2004, after the first visit, do you recall how
17   many times you met Li Quin Fu?
18        A.   I told you before about four or five
19   times.
20        Q.   Okay, fine.  Why did you meet him the
21   second time; do you recall?
22        A.   You are only referring to the second
23   time?
24        Q.   Yes.
25        A.   I don't remember why.
```

```
 1        Q.   Do you recall why you met him any other
 2   time other than the first time?
 3        A.   There were two times during his visit I
 4   have to accompany him to -- he has a lot of
 5   Chinese officials come with Mr. Li.  So she has
 6   to accompany them to wherever they are visiting
 7   in the United States.
 8        Q.   And, you accompanied them?
 9        A.   Yes, I accompanied them to visit in New
10   York, only in New York.
11        Q.   And, that was about two times, you said?
12        A.   Yes.
13        Q.   And, why did you meet with Mr. Li the
14   other times?
15        A.   I don't remember.
16        Q.   But, other than the first visit, you
17   never discussed business of Matsuoka America with
18   Li Quin Fu when he was in New York City?
19             MR. MASON:  Objection.
20             THE WITNESS:  Once maybe I talked to him
21        -- a couple of times maybe only through the
22        telephone, not personally, discussed
23        something about Matsuoka America business
24        with him.  But not -- so she is thinking
25        something else, I don't know.  May I ask that
```

```
 1        that was five times since she started working
 2        at Matsuoka America.  Now, you have got it up
 3        to five times in the United States.
 4   BY MR. LERNER:
 5        Q.   Let's ask, how many times did you meet
 6   Li Quin Fu in New York City, since 2001?
 7        A.   I told you it's about four or five
 8   times.
 9        Q.   In New York City?
10        A.   In New York City, yes.
11        Q.   And, one time you described in detail.
12   Two times you said you went touring.  On the
13   other one or two times, did you discuss business?
14        A.   When you say business, what kind of
15   business?
16        Q.   Any kind of business.
17        A.   I would think he is a business person
18   when I talk to him, there may be some business --
19        Q.   On that fourth and/or fifth time when
20   Mr. Li was in New York City and you met him, what
21   did you discuss with him?
22        A.   Nothing in particular.
23        Q.   Was there any particular reason you met
24   with him?
25        A.   He is a very high level officer in the
```

```
 1   garment and also he may have other things, you
 2   know, I guess part of, he is part of Shanghai,
 3   you know, office so she has to pay some respects
 4   to Mr. Li.  That's why.
 5        Q.   So, you met him to pay respects to him,
 6   not to discuss business those other two times,
 7   one or two times, excuse me?
 8        A.   Excuse me --
 9             MR. LERNER:  You can't --
10             MR. MASON:  Rephrase the question.
11             MS. ZHANG:  I hear your question a
12        little bit different, two questions
13        different.  Your question --
14             MR. LERNER:  What's the matter with my
15        question?
16             MS. ZHANG:  The first one and second one
17        different.
18             MR. LERNER:  Then let's try to clarify
19        it.
20   BY MR. LERNER:
21        Q.   We talked about the first time Li Quin
22   Fu came here and then we talked about the two
23   times that you took people around, officials
24   around with Li Quin Fu.  Now, you said there were
25   one or two other times that you --
```

```
 1            MS. ZHANG:  I hear your question why
 2       you see him, all right, the last four or
 3       five, you say why you see him?
 4  BY MR. LERNER:
 5       Q.   Yes.
 6       A.   That's why, the question is different.
 7            MR. MASON:  It might be different.  He
 8       might be asking a different question.
 9  BY MR. LERNER:
10       Q.   What I am saying is -- we are talking
11  about four or five different times, okay.  The
12  first time we discussed in some detail.  The
13  second and third ones you said were with Chinese
14  officials who you took around.
15            Now, you met him one or two other
16  times.  Was it just to pay respects?
17       A.   It's one of the reasons.
18       Q.   What were the other reasons?
19       A.   Introduce him to some friends, to know
20  him because he is a big shot in China.  If you
21  have other people, they want to get some
22  connections.
23       Q.   Now, you met from 2001 to 2004, you met
24  Li Quin Fu one or two times in China?
25       A.   I am sorry, 2003 I met him in China.
```