EXHIBIT D

## SHANGHAI MATSUOKA CO., LTD.

### Qinfu Li
CHAIRMAN

**SHANGHAI HEAD OFFICE**
8/F OOCL BUILDING, 841 YANAN ROAD M, SHANGHAI, CHINA
TEL: 0086-21-62893080   FAX: 0086-21-62893088   ZIP: 200040
**ZHEJIANG PRODUCTION BASE**
MATSUOKA INDUSTRIAL CITY, PINGHU, ZHEJIANG, CHINA
TEL: 0086-573-5700777   FAX:0086-573-5700188   ZIP: 314205
**BEIJING OFFICE**
4B INTERNATIONAL FINANCE BUILDING, 156 FUXING DOOR BIG STREET, BEIJING, CHINA
TEL: 0086-10-66426288   FAX:0086-10-66426289   ZIP: 100031
E-mail:lqf0308@21cn.com   Web: http://www.matsuoka.com.cn