UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2005 JAN 14  A 9:52

U.S. DISTRICT COURT
BRIDGEPORT, CONN

MARIO TETA, JR. and RONALD MACHADO

        Plaintiffs,

-v-

LI QUIN FU, SHANGHAI MATSUOKA
COMPANY, LTD, LONG YI WANG,
AMANDA Z. MAW, JERRY WANG, VICKI
ZHANG and MATSUOKA AMERICA LIMITED,

        Defendants.

Civil Case No.
302 CV 2183 (JCH)

January 13, 2005

**MOTION TO EXTEND TIME TO OBJECT TO MOTION TO DISMISS SO THAT DISCOVERY CAN BE CONDUCTED**

Plaintiffs in this matter hereby move to extend the time in which to reply to the defendants' Li Quin Fu and Long Yi Wang's Motion to Dismiss in order to permit discovery for sixty (60) days from the date of the Court's order on this motion by the completion of the deposition of Vicki Zhang and the taking of the depositions of Long Yi Wang and Li Quin Fu.

It is also requested that the Court order these depositions to take place as more fully set forth in the accompanying Memorandum of Law. The defendant objects to the motion but defendant does not object to a fifteen (15) day extension from the latter of the completion of the depositions or the Court's denial of this motion.

FOR THE PLAINTIFFS

BY _____
Edward N. Lerner
Lerner & Guarino, LLC
112 Prospect Street
Stamford, CT 06901
(203) 316-8122
Ct07355

## CERTIFICATION OF SERVICE

This is to certify that the a copy of the foregoing was sent via United States first class mail, postage prepaid this 13th day of January, 2005 to all counsel of record as follows:

Matthew C. Mason, Esq.
Gregory and Adams, P.C.
190 Old Ridgefield Road
Wilton, CT  06897-4023

By_____
EDWARD N. LERNER
Lerner & Guarino, LLC