UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT FILED

---------------------------------------------------------  :
                                                           :    2005 APR 22  A 10: 13
MARIO TETA, JR. and RONALD MACHADO   :
                                                           :    U.S. DISTRICT COURT
        Plaintiffs,                                        :    Civil Case No.
                                                           :    302 CV 2183 (JCH)
        -v-                                                :
                                                           :
LI QUIN FU, SHANGHAI MATSUOKA               :
COMPANY, LTD, LONG YI WANG,             :
AMANDA Z. MAW, JERRY WANG, VICKI        :
ZHANG and MATSUOKA AMERICA LIMITED, :
                                                           :
        Defendants.                                        :
                                                           :    April 21, 2005
---------------------------------------------------------  :


## MOTION TO EXTEND TIME TO OBJECT TO MOTION TO DISMISS SO THAT DISCOVERY CAN BE CONDUCTED

Plaintiffs in this matter hereby move to extend the time in which to reply to the

defendants' Li Quin Fu and Long Yi Wang's Motion to Dismiss in order to permit

discovery for sixty (60) days from the date of the Court's order on this motion by

completing the deposition of Vicki Zhang and the taking of the depositions of Long Yi

Wang and Li Quin Fu.

It is also requested that the Court order these depositions to take place as more

fully set forth in the accompanying Memorandum of Law as well as the Memorandum

of Law submitted in support of the Motion of Extension of Time to Reply dated January

13,2005 (Docket # 47 ) as well as the Reply Memorandum regarding that motion

(Docket # 50)   The defendant objects to the taking of any discovery motion but

defendant does not object to a fifteen (15) day extension from the latter of the completion of the depositions or the Court's denial of this motion.

FOR THE PLAINTIFFS

BY _____

Edward N. Lerner
Lerner & Guarino, LLC
112 Prospect Street
Stamford, CT 06901
(203) 316-8122
Ct07355

## CERTIFICATION OF SERVICE

This is to certify that the a copy of the foregoing was sent via United States first class mail, postage prepaid, this 21st day of April, 2005 to all counsel of record as follows:

Matthew C. Mason, Esq.
Gregory and Adams, P.C.
190 Old Ridgefield Road
Wilton, CT  06897-4023

By_____
EDWARD N. LERNER
Lerner & Guarino, LLC