UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

2005 JUL -5 A 9: 47

MARIO TETA, JR. and RONALD MACHADO

      Plaintiffs,

-v-

LI QUIN FU, SHANGHAI MATSUOKA
COMPANY, LTD, LONG YI WANG,
AMANDA Z. MAW, JERRY WANG, VICKI
ZHANG and MATSUOKA AMERICA LIMITED,

      Defendants.

Civil Case No:
302 CV 2183 (JCH)

JULY 1, 2005

## OBJECTION TO MOTION TO DISMISS

The Plaintiffs object to the Defendants' Motion to Dismiss as it pertains to the Defendant Quin Fu Li. The Plaintiffs concede a dismissal against the Defendant Long Yi Wang. A Memorandum of Law accompanies this objection.

FOR THE PLAINTIFFS

BY _____
Edward N. Lerner
Lerner & Guarino, LLC
112 Prospect Street
Stamford, CT 06901
(203) 316-8122
Bar No. ct07355

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent via facsimile and U.S. Mail, first class, postage prepaid on this 1st day of July, 2005 to all counsel of record as follows:

Matthew C. Mason, Esq.
GREGORY and ADAMS, P.C.
190 Old Ridgefield Road
Wilton, CT 06897-4023
F: (203) 834-1628

By_____
Edward N. Lerner (CT07355)
Lerner & Guarino, LLC