UNITED STATE DISTRICT COURT
DISTRICT OF CONNECTICUT
-------------------------------------x
: 
MARIO TETA, JR. AND RONALD MACHADO :
:
           Plaintiffs, :   CIVIL CASE NO.
:   302 CV 2183 (JCH)
:
VS. :
:
LI QUIN FU, SHANGHAI MATSUOKA :
COMPANY, LTD, LONG YI WANG, AMANDA :
Z. MAW, JERRY WANG, VICKI ZHANG AND :
MATSUOKA AMERICA LIMITED, :
:
           Defendants. :
:   JULY 6, 2005

### AFFIDAVIT OF MATTHEW C. MASON

STATE OF CONNECTICUT   )
                                )   ss.   Wilton
COUNTY OF FAIRFIELD      )

MATTHEW C. MASON, hereby being duly sworn, deposes and says:

1.    I am over the age of eighteen and believe in the obligation of an oath.

2.    I am a principal of the firm of Gregory and Adams, P.C., counsel to the defendants in this action. I am a member in good standing of the bar of this Court.

3.    Attached as Exhibit A hereto are true and accurate copies of pages 25 - 27 from the Deposition Transcript of Plaintiff Ronald Machado, taken on June 11, 2004 at 1:15 p.m. at the law offices of Gregory and Adams, 190 Old Ridgefield Road, Wilton, CT 06897.

4.    Attached as Exhibit B hereto is a true and accurate copy of Defendant's

Exhibit 5, redacted to show only the business card of Qinfu Li.

_____
Matthew C. Mason

Sworn to before me this 6th day of July, 2005

_____
Dawn J. Loglisci
Notary Public
My Commission Expires: 3/31/08

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was served by facsimile and United States first class mail, postage prepaid this 6th day of July, 2005 to all counsel of record as follows:

George Kent Guarino, Esq.
Ed Lerner, Esq.
Lerner & Guarino, LLC
112 Prospect Street
Stamford, CT 06901

By _____
Matthew C. Mason (ct 15291)
Gregory and Adams, P.C.

```
 1         UNITED STATES DISTRICT COURT
 2        FOR THE DISTRICT OF CONNECTICUT
 3
 4    * * * * * * * * * * * *
 5    MARIO TETA, JR. AND      *
 6    RONALD MACHADO,          *
 7           Plaintiffs        *
 8              VS             *  Civil Case No.
 9    LI QUIN FU, ET AL,       *  3:02CV2183 (JCH)
10           Defendants        *
11    * * * * * * * * * * * *
12                          Wilton, CT
13                          June 11, 2004
                            1:15 P.M.
14                 - - -
15       DEPOSITION OF RONALD MACHADO
16                 - - -
17    APPEARANCES:
18    FOR THE PLAINTIFFS:
19       LERNER & GUARINO, LLC.
         BY:  EDWARD N. LERNER, ESQ.
20            112 Prospect Street
              Stamford, CT  06901
21
22    FOR THE DEFENDANTS:
23       GREGORY and ADAMS, P.C.
         BY:  MATTHEW C. MASON, ESQ.
24            190 Old Ridgefield Road
              Wilton, CT  06897
25
                                                   1
```

```
 1       Deposition of RONALD MACHADO, a
   Plaintiff herein, taken on behalf of the Defendants
 2 herein, for the purpose of discovery and for use as
   evidence in this cause, pending in the United States
 3 District Court for the District of Connecticut,
   pursuant to Notice, before Terri Fidanza, LSR, a
 4 Notary Public within and for the State of
   Connecticut, at the offices of Gregory and Adams,
 5 P.C., 190 Old Ridgefield Road, Wilton, Connecticut,
   on June 11, 2004 at 1:15 p.m., at which time counsel
 6 appeared as hereinbefore set forth. . .
                                                   2
```

```
 1     THEREUPON,
 2          RONALD MACHADO, 54 Bayberry Drive,
 3  Westport, Massachusetts, 02790, having been first
 4  duly sworn, as hereinafter certified, was examined
 5  and testified as follows:
 6  DIRECT EXAMINATION BY MR. MASON:
 7     Q.  Mr. Machado, good afternoon.  Have you
 8  ever been deposed before?
 9     A.  Yes.
10     Q.  Under what circumstances?
11     A.  It was a wrongful death lawsuit.
12     Q.  And what was your role?
13     A.  As an executor for my father's estate.
14     Q.  Let me just review the ground rules for
15  the deposition, if I may.  You need to answer my
16  questions audibly so the court reporter can take
17  down what you say.  If you don't understand my
18  question, please tell me and I will rephrase it.  If
19  you don't ask me to rephrase it or tell me that you
20  don't understand it, I will assume that you do
21  understand.  Is that fair enough?
22     A.  Yes.
23     Q.  If you need to take a break as long as a
24  question isn't pending, that's fine.
25     A.  That's fine.
                                                   3
```

```
 1     Q.  So the record is clear, am I correct that
 2  you were in attendance at the deposition yesterday
 3  of your co-plaintiff Mario Teta?
 4     A.  Yes, I was.
 5     Q.  Could you summarize for me your
 6  educational background?
 7     A.  Yes.  Could you clarify?
 8     Q.  Post high school.
 9     A.  Four years of college.
10     Q.  Tell me where and the years will speed it
11  along.
12     A.  Providence College 1965 to 1969.  Umass
13  Amherst that was 1971 to 1972.
14     Q.  What degree did you receive --
15     A.  I have more.
16     Q.  Sorry.
17     A.  And 1973 and 1974 Smith College School of
18  Social Work.  Graduate School of Social Work.
19     Q.  Did you receive a degree from Providence
20  College?
21     A.  Yes, I did.
22     Q.  What type of degree?
23     A.  A BA -- dual degree BA in history and
24  English.
25     Q.  And your studies at Amherst, did that lead
                                                   4
```

Ph. 203/846-3402   CAMPANO & ASSOCIATES COURT REPORTING SERVICES

1 conversations.
2 Q. You don't have a specific recollection as
3 you sit here today?
4 A. I don't have a specific recollection.
5     (Discussion Off the Record.)
6     (Whereupon, photocopy of business cards
7 was marked as Defendants' Exhibit 5 for
8 Identification.)
9 Q. Mr. Machado, I had marked as Defendants'
10 Exhibit 5, a two-page document which was produced to
11 us by the plaintiffs in response to certain
12 discovery requests and it contains copies of
13 numerous business cards including one from Longyi
14 Wang which is on the first page. Is that the
15 business card you were referring to?
16 A. I have this business card, yes.
17 Q. To the best of your knowledge is that the
18 business card that he gave you in June of 2001?
19 A. This is -- this is the business card he
20 gave me, yes.
21 Q. It indicates Matsuoka America Company
22 Limited, then there's a line and Bridge Trading
23 International Corp. USA?
24 A. Correct.
25 Q. There are two business cards below that

25

1 for Amanda Maw?
2 A. Yes.
3 Q. Did you receive those cards?
4 A. Yes, I did.
5 Q. And one of them is for Bridge Trading
6 International Corp. USA, correct?
7 A. Correct.
8 Q. And the other is for Matsuoka America
9 Company Limited, then a line Bridge Trading
10 International Corp. USA; is that right?
11 A. Yes.
12 Q. Did Amanda Maw at any time tell you that
13 she was working for Shanghai Matsuoka?
14 A. I can't recall.
15 Q. There's another card over on the side.
16 That belongs to Vicky Zhang?
17 A. Yes.
18 Q. Did you receive that card?
19 A. No, I didn't.
20 Q. Did Mr. Teta as far as you know?
21 A. Yes, I think he did. I think this is his
22 copy.
23 Q. Have you ever seen a business card from
24 Vicky Zhang?
25 A. No, I haven't. Well, I have seen this

26

1 one.
2 Q. Mr. Teta showed it to you?
3 A. He showed me the card. I'm not in
4 possession of the card.
5 Q. The next page has a card for Qinfu Li of
6 Shanghai Matsuoka Company Limited. Did you ever see
7 that card before?
8 A. Mr. Teta showed it to me.
9 Q. Did you ever meet Mr. Li?
10 A. No, I haven't.
11 Q. You said that you told Longyi that you
12 felt you and Mr. Teta were well equipped to do that
13 job; is that correct?
14 A. Yes.
15 Q. What is it about your background or Mr.
16 Teta's background that led you to believe that you
17 were well equipped to assist in locating printing
18 businesses for purchase in the United States?
19 A. Well, my sales background allows me that
20 privilege. It's voluminous. It is several stages
21 of responsibility in administration. It is
22 prospecting management. I have sat in on meetings
23 with CEOs of major companies some of which I had
24 never met previously and gave them proposals. I
25 follow the prospects. Presented further proposals.

27



DEFENDANT'S EXHIBIT
5 Machado
TLF 6-11-04

SHANGHAI MATSUOKA CO., LTD.

## Qinfu Li
CHAIRMAN

SHANGHAI HEAD OFFICE
8/F OOCL BUILDING, 841 YANAN ROAD M, SHANGHAI, CHINA
TEL: 0086-21-62893080  FAX: 0086-21-62893088  ZIP: 200040
ZHEJIANG PRODUCTION BASE
MATSUOKA INDUSTRIAL CITY, PINGHU, ZHEJIANG, CHINA
TEL: 0086-573-5700777 FAX:0086-573-5700188 ZIP: 314205
BEIJING OFFICE
4B INTERNATIONAL FINANCE BUILDING,156 FUXING DOOR BIG STREET, BEIJING, CHINA
TEL: 0086-10-66426288 FAX:0086-10-66426289 ZIP: 100031
E-mail:lqf0308@21cn.com  Web: http://www.matsuoka.com.cn