# GREGORY AND ADAMS, P.C.

**FILED**

ATTORNEYS AT LAW
190 OLD RIDGEFIELD ROAD
WILTON, CT 06897

2005 JUL -8 P 5: 21

U.S. DISTRICT COURT
BRIDGEPORT, CT

MATTHEW C. MASON
ADMITTED IN CT AND NY
Mmason@gregoryandadams.com

(203) 762-9000 EXT 323
FAX: (203) 834-1628
www.gregoryandadams.com

156 WEST 56TH STREET
NEW YORK, NY 10019
(212) 757-0434

June 30, 2005

VIA FAX and FIRST CLASS MAIL

Hon. Janet C. Hall
U.S. District Court Judge
United States District Court
915 Lafayette Blvd.
Bridgeport, CT 06604

RE:    **302 CV 2183 (JCH)**
        **Mario Teta, Jr. and Ronald Machado**
        v.
        **Li Quin Fu, et**

CHAMBERS OF JANET C. HALL
U.S. DISTRICT JUDGE

2005 JUL -1 P 1: 11

RECEIVED

Dear Judge Hall:

      Enclosed please find a copy of a Notorial Certificate from Chen Min, confirming that Mr. Qinfu Li swore to the truth of the facts contained in his affidavit and personally appeared before Chen Min on June 9, 2005. We apologize for any confusion.

                                      Very truly yours,

                                      Matthew C. Mason

MCM/djl
Enclosures
cc.    Edward Lerner, Esq.
        Clerk's Office (for file copy)

ATTN To:

From: Mr. Li QinFu (SH/CHINA)

# 公 证 书

《NOTARIAL CERTIFICATE》

中华人民共和国上海市公证处

The People's Republic of China Shanghai Notary Public Office

公 证 书

(2005)沪证外字第 6589 号

兹证明李勤夫本人,系上海荣织华股份有限公司董事长,于 2005 年 6 月 9 日在中国上海公证处签署的宣誓书的签字人和盖印者(第 4254 号),是于公证人员当面签署的,特此证明真实性。以下英文译本同样具有有效性。

Translation:

NOTARIAL CERTIFICATE

(2005) H.A.W.Z.NO.6589

Personally Appeared Qinfu Li, Chairman of Shanghai Matsuoka Co., Ltd. Located in Shanghai, China, Singer and sealer of the foregoing, Who acknowledged the truth of the statement contained in his Affidavit and also to be his own free act and deed, before me on June 9th 2005(H.Z.W.Z.NO.4254).

公证员

Notary Public:   CHEN Min

The People's Republic of China
Shanghai Notary Public Office
(Seal)

日期/DATE: 2005.6.28