UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**
2005 AUG 18 P 2: 42
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| MARIO TETA, Jr. ET AL<br>Plaintiffs<br>v.<br>LI QUIN FU, ET AL<br>Defendants. | : CIVIL ACTION NO.<br>: 3:02-cv-2183 (JCH)<br>:<br>: August 18, 2005 |

## ORDER OF DISMISSAL

Pursuant to this court's ruling on the defendants' motion to dismiss [Dkt. No. 46], plaintiffs have failed to demonstrate good cause for their failure to serve process on Shanghai Matsuoka Co. Accordingly, the plaintiffs' action is dismissed in its entirety.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 18th day of August, 2005.

Janet C. Hall
United States District Judge

1