# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

CASE NUMBER: 3:02-cv-02183 (JCH)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: Mario Teta, Jr. and Ronald Machado

| | |
|---|---|
| 11/14/05 | *(signature)* |
| **Date** | **Signature** |
| ct05981 | Kenneth A. Votre |
| **Connecticut Federal Bar Number** | **Print Clearly or Type Name** |
| 203-498-0065 | 201 Orange Street |
| **Telephone Number** | **Address** |
| 203-821-3595 | New Haven, CT 06510 |
| **Fax Number** | |
| kvotre@votrelaw.com | |
| **E-mail address** | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Edward N. Lerner
George K. Guarino
Lerner & Guarino, LLC
112 Prospect Street
Stamford, CT 06901

Matthew C. Mason
Gregory & Adams
190 Old Ridgefield Road
Wilton, CT 06897

*(signature)*
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001