UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARIO TETA, Jr. and<br>RONALD MACHADO<br>*Plaintiffs* | No.:302 CV 02183 (JCH) |
| VS. | |
| SHANGHAI MATSUOKA CO. LTD, et al.<br>*Defendants.* | NOVEMBER 15, 2005 |

## MOTION FOR EXTENSION OF TIME RE: DISCOVERY

The plaintiffs, Mario Teta, Jr. and Ronald Machado respectfully request that the Court extend the time for the plaintiffs to disclose any expert witnesses and to complete discovery in the above captioned matter. In support of this motion, the plaintiffs represent as follows:

1. The undersigned counsel was recently retained and filed an appearance on November 14, 2005 replacing plaintiffs' prior counsel. New counsel was selected due to a breakdown in the relationship between the plaintiffs and their counsel. In addition, undersigned counsel was retained, in part, for his knowledge of international law.

2. The file in this matter is voluminous and involves complex questions of international law and federal jurisdiction.

3.  An extension of the discovery schedule is necessary in order for the plaintiffs to properly determine what experts will need to be disclosed, if any.

4.  This request for an extension of time is being brought in good faith and not for the purpose of delay.

WHEREFORE, the plaintiffs move for an extension of time of the plaintiffs' discovery schedule and time to disclose expert witnesses. The plaintiffs do not object to a granting of an extension of the defendant's time period within which to disclose their experts.

THE PLAINTIFFS

By_____
Kenneth A. Votre, Esq. (ct05981)
Votre & Associates, P.C.
201 Orange Street
New Haven, CT 06510
Tel: (203) 498-0065
Fax: (203) 821-3595

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this, the 15th day of November, 2005, to the following counsel of record:

Edward N. Lerner
George K. Guarino
Lerner & Guarino, LLC
112 Prospect Street
Stamford, CT 06901

Matthew C. Mason
Gregory & Adams
190 Old Ridgefield Road
Wilton, CT 06897

_____
Kenneth A. Votre