UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARIO TETA and RONALD MACHADO:

Plaintiffs

CASE NO: 3:02-CV-02183-JCH

Vs.

LI QUIN FU, et al.

Defendants

DECEMBER 5, 2005

## MOTION FOR RECONSIDERATION

The Plaintiffs, Mario Teta and Ronald Machado hereby move this court to reconsider the ruling dated November 18, 2005 denying the Plaintiffs' Motion for Extension of Time regarding discovery. In their motion, the Plaintiffs requested an extension of time to disclose expert witnesses until December 12, 2005. This request for an extension of time was only filed after the Plaintiffs' relationship with previous counsel had broken down and it became necessary for new counsel to be retained. Upon taking over the case, the undersigned was faced with a deadline to disclose any experts within a week of being retained. At that time, and to date, Plaintiffs' counsel has not received the entirety of the file in this matter. The undersigned has not been able to review the deposition transcripts in order to determine if an expert witness is appropriate and necessary in this

case. The motion for an extension was not filed for the purpose of delay and the granting of said motion will not cause a significant delay in the proceedings. It is likely that a new well reasoned approach to the case will expedite the trial of this matter and facilitate meaningful discussions between the parties.

                                      THE PLAINTIFFS,

                                      BY:_____/s/_____
                                      Kenneth A. Votre
                                      Votre & Associates, P.C.
                                      201 Orange Street
                                      New Haven, CT 06510
                                      Tel.: 203.498.0065
                                      Fax.: 203.821.3595
                                      Juris No.: CT 422508

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this, the ___ day of December, 2005, to the following counsel of record:

Matthew c. Mason
Gregory & Adams
190 Old Ridgefield Road
Wilton, CT 06897

_____
Kenneth A. Votre, Esq.