UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2005 DEC -6  A 10: 17

DISTRICT COURT
_____

MARIO TETA, JR. and RONALD MACHADO

    Plaintiffs,

-v-

LI QUIN FU, SHANGHAI MATSUOKA
COMPANY, LTD, LONG YI WANG,
AMANDA Z. MAW, JERRY WANG, VICKI
ZHANG and MATSUOKA AMERICA LIMITED,

    Defendants.

Civil Case No:
302 CV 2183 (JCH)

DECEMBER 5, 2005

## MOTION TO WITHDRAW APPEARANCE

The undersigned Attorney George K. Guarino hereby moves to withdraw as counsel for the Plaintiffs in the above captioned matter. The Plaintiffs have terminated George K. Guarino as counsel and have retained other representation who has filed an Appearance on their behalf in this matter.

By /s/ George K. Guarino

George K. Guarino
Lerner & Guarino, LLC
112 Prospect Street
Stamford, CT 06901
(203) 316-8122
CT22050

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing Motion to Withdraw Appearance was sent via facsimile and via U.S. Mail, first class, postage prepaid, on this 5th day of December, 2005 to all counsel of record as follows:

Matthew C. Mason, Esq.
GREGORY and ADAMS, P.C.
190 Old Ridgefield Road
Wilton, CT 06897-4023
F: (203) 834-1628

Kenneth A. Votre, Esq.
Votre & Associates, P.C.
201 Orange Street
New Haven, CT 06510
F: (203) 821-3595

By: _____
George K. Guarino (CT22050)
Lerner & Guarino, LLC