UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

**FILED**

2005 DEC -6  A 10: 17

U.S. DISTRICT COURT
BRIDGEPORT, CONN

---

MARIO TETA, JR. and RONALD MACHADO

    Plaintiffs,

-v-

LI QUIN FU, SHANGHAI MATSUOKA COMPANY, LTD, LONG YI WANG, AMANDA Z. MAW, JERRY WANG, VICKI ZHANG and MATSUOKA AMERICA LIMITED,

    Defendants.

Civil Case No.
302 CV 2183 (JCH)

DECEMBER 5, 2005

---

## MOTION TO WITHDRAW APPEARANCE

The undersigned Attorney Edward N. Lerner hereby moves to withdraw as counsel for the Plaintiffs in the above captioned matter. The Plaintiffs have terminated Edward N. Lerner as counsel and have retained other representation who has filed an Appearance on their behalf in this matter.

By_____
Edward N. Lerner
Lerner & Guarino, LLC
112 Prospect Street
Stamford, CT 06901
(203) 316-8122
CT07355

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing Motion to Withdraw Appearance was sent via facsimile and via U.S. Mail, first class, postage prepaid, on this 5th day of December, 2005 to all counsel of record as follows:

Matthew C. Mason, Esq.
GREGORY and ADAMS, P.C.
190 Old Ridgefield Road
Wilton, CT 06897-4023
F: (203) 834-1628

Kenneth A. Votre, Esq.
Votre & Associates, P.C.
201 Orange Street
New Haven, CT 06510
F: (203) 821-3595

By_____
Edward N. Lerner (CT07355)
Lerner & Guarino, LLC