UNITED STATE DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------x
: 
MARIO TETA, JR. AND RONALD MACHADO :
: 
            Plaintiffs, : CIVIL CASE NO.
: 302 CV 2183 (JCH)
: 
VS. :
: 
LI QUIN FU, SHANGHAI MATSUOKA :
COMPANY, LTD, LONG YI WANG, AMANDA :
Z. MAW, JERRY WANG, VICKI ZHANG AND :
MATSUOKA AMERICA LIMITED, :
: 
            Defendants. : MAY 10, 2006

**MOTION TO WITHDRAW APPEARANCE PURSUANT TO
RULE 7 (e) OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

    Matthew C. Mason, counsel to Defendant Matsuoka America, Ltd., ("Matsuoka"), the sole remaining defendant in this action, hereby moves to withdraw his appearance on behalf of Matsuoka pursuant to Rule 7 (e) of the Rules of the United States District Court for the District of Connecticut, and in support thereof states as follows:

    1.    Plaintiff commenced this action in December, 2001 against seven defendants, asserting 67 counts in the Complaint.

    2.    All of the defendants except Matsuoka have been dismissed from the case on motion.

    3.    During the time of my representation of Matsuoka, Vicki Zhang was my contact with the company. She has informed me on numerous occasions that Matsuoka is "out of business," has no assets, has substantial debts that it can not pay, and is no longer functioning as a corporate organization.

4. I have confirmed from several sources, including Ms. Zhang, that Matsuoka has left its corporate offices at 350 Fifth Avenue, New York, New York and has not set up new corporate offices. I have called the telephone number for the corporate offices of Matsuoka on several occasions and got a message that the number is no longer in service.

5. Ms. Zhang testified in her deposition that Matsuoka had no business and was unable to pay its rent.

6. Ms. Zhang has informed me that Matsuoka is not functioning as a corporation and does not have any resources to defend the lawsuit. In addition, my office has not been paid for services rendered and it is and has been owed a substantial sum for work done on behalf of Matsuoka. These invoices for services rendered have been outstanding for an extended period of time.

7. Given the non-payment of legal fees for services rendered, the inability of Matsoka to pay additional fees for any additional work that might be done, and the fact that it has ceased operations, I believes that good cause exist for withdrawal of my appearance and any further obligation to represent Matsuoka. Indeed, at this point there is no authorized representation of the company from whom I can take direction.

8. I have informed Ms. Zhang and she understands that if the court grants the motion to withdraw my appearance and Matsuoka does not engage successor counsel the court may enter a default against Matsuoka.

9. According to the New York Department of State, there is no registered agent for service of process for Matsuoka. The address for Matsuoka reflected on the Secretary of State's records is as follows:

      Matsuoka America Ltd
      47-40 49th Street
      Woodside, New York 11377

A copy of the address and incorporation information for Matsuoka is attached as Exhibit A hereto.

10. We have attempted to serve Matsouka with this motion via the New York Secretary of State pursuant to New York's McKinney's Consolidated Laws of New York, Business Corporation Law, Section 306. However, the Secretary of State's office will accept process only in new actions and has refused to accept the motion.

11. Under the circumstances, we have served this motion by mailing a copy first class mail to Matsuoka (i) at the address listed on its incorporation papers, (ii) at its former New York corporate offices, (iii) c/o Vicki Zhang via email, and (iv) c/o Long Yi Wang, who incorporated the company at his place of business.

12. Accordingly, I respectfully request that I be relieved as counsel to Matsuoka and the motion to withdraw as counsel be granted.

                MATTHEW C. MASON
                COUNSEL TO DEFENDANT
                MATSUOKA AMERICA LTD.

By: _/s/ Matthew C. M_____
     Matthew C. Mason (ct 15291)
     Gregory and Adams, P.C.
     190 Old Ridgefield Road
     Wilton, CT 06897
     (203) 762-9000 (Tel.) (203) 834-1628 (Fax)
     mmason@gregoryandadams.com

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was served by United States first class mail, postage prepaid on May 10, 2006 to all counsel of record as follows:

Kenneth A. Votre, Esq.
201 Orange Street
New Haven, CT 06510

This is to further certify that a copy of the foregoing was served by United States first class mail, postage prepaid on May 10, 2006 on Matsuoka America Ltd as follows:

Matsuoka America Ltd
47-40 49th Street
Woodside, New York 11377

Matsuoka America Ltd
350 Fifth Avenue
Suite 1520
New York, NY 10001-0110

Matsuoka America Ltd
c/o Long Yi Wang
E-Long Solutions
53 West 36th Street
Room 705
New York, NY 10018

And via Email:

Matsuoka America Ltd
c/o Vicki Zhang

By _____
Matthew C. Mason (ct 15291)
Gregory and Adams, P.C.