UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARIO TETA, JR., ET AL | : | |
|     Plaintiffs | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 3-02-cv-2183 (JCH) |
| | : | |
| MATSUOKA AMERICA LTD. | : | |
|     Defendant | : | MAY 15, 2006 |

**NOTICE TO DEFENDANT**

By Motion dated May 10, 2006 (Dkt. No. 74), counsel for the defendant, Matsuoka America Ltd., has moved to withdraw his appearance in this case. Counsel certifies that, in accordance with Local Rule 15, a certified copy of that Motion was sent by certified mail to defendant, Matsuoka America, Ltd.

Defendant, Matsuoka America, Ltd. has until June 9, 2006 to file with the court, and to serve upon their counsel and opposing counsel, any objections they have to the Motion to Withdraw Appearance. The Defendant is advised that if it does not object to the withdrawal, the motion will likely be granted. In that case, or in the event that it files objections, but the court overrules them and grants the motion, defendant Matsuoka America Ltd. is advised that it must retain new counsel who must file an appearance on its behalf. Such appearance must be filed no later than 3 weeks after the court grants the Motion to Withdraw (if it does).

Failure to arrange for new counsel to appear in that time will result in an entry of a default against the defendants for failure to appear, and ultimately result in a default judgment.

Counsel for Matsuoka America Ltd. is ordered to serve this Notice upon its client, in the same manner it served its Motion.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 15th day of May, 2006.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge