UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARIO TETA, Jr. ET AL : | |
|     Plaintiffs : | CIVIL ACTION NO. |
| v. : | 3:02-cv-2183 (JCH) |
| : | |
| MATSUOKA AMERICA LTD. : | |
|     Defendant : | AUGUST 11, 2006 |

**ORDER**

Pursuant to the Notice to Defendant, Matsuoka America Ltd. (Doc. No. 75), and said defendant having failed to file substitute appointment by counsel, default is hereby entered against Matsuoka America Ltd.

Plaintiffs should file their Motion for Default Judgment no later than September 1, 2006. Failure to do so will result in dismissal of this case.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 11th day of August, 2006.


/s/ Janet C. Hall
Janet C. Hall
United States District Judge