UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------------X
MARIO TETA, Jr. ET AL,

        Plaintiffs,

vs.

MATSUOKA AMERICA, LTD

-------------------------------------------------------X

Civil Action No.
3:02 Civ. 2183 (JCH)

**MOTION FOR DEFAULT JUDGMENT PURSUANT TO F.R.Civ.Pro. § 55(a)**

The Plaintiff herein respectfully moves the court for the entry of judgment against the Defendant Matsuoka America, LTD., for failure to appear by filing a substitute appointment by counsel, as ordered by the Court, (Hall, J). The defendant was notified on May 15, 2006 that it was to file objections to its prior counsel's Motion to Withdraw Appearance. No such objection has been filed. Default was entered by the Court, (Hall, J.) on August 11, 2006.

This action was instituted on December 11, 2002 and service accomplished on the defendant Matsuoka America Co. LTD on December 20, 2002. No appearance in conformity with the Court's Order has been filed.

Plaintiff requests judgment in a sum certain to be determined at a hearing in damages.

The Defendant Matsuoka America Co. LTD is a business corporation organized and existing pursuant to the laws of the State of New York, and is not in the military service of the United States.

Dated: New Haven, Connecticut
      August 31, 2006

                              THE PLAINTIFFS

                              _____
                              Kenneth A. Votre  (CT 05981)
                              Votre & Associates, P.C.
                              201 Orange Street
                              New Haven, CT 06510
                              (203) 498-0065

**CERTIFICATION OF SERVICE**

I hereby certify that a copy of the foregoing has been mailed, postage pre-paid, this 31st day of August 2006 to all counsel and pro se parties of record as follows:

Matthew C. Mason
Gregory & Adams
190 Old Ridgefield Rd.
Wilton, CT 06897

Kenneth A. Votre (CT05981)