UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARIO TETA, Jr. ET AL | : | |
| Plaintiffs | : | CASE NO: 3:02-CV-02183-JCH |
| Vs. | : | |
| LI QUIN FU, et al. | : | |
| Defendants | : | September 19, 2006 |

## MOTION FOR CONTINUANCE IN HEARING IN DAMAGES

Pursuant to Rule 7 of the Local Rules of Civil Procedure for the District of Connecticut and Federal Rule of Civil Procedure 6(b), the Plaintiffs' through their undersigned counsel, hereby respectfully request that this Court grant a continuance of the hearing in damages presently scheduled for September 20, 2006 at 11:30 a.m.

Plaintiffs' respectfully request a continuance until October 4, 2006. The reason for this request is that Plaintiffs' counsel is engaged in a trial in the Connecticut Superior Court before the Honorable Judge Nadeau in the case of *Sovereign Bank v. Licata* bearing docket number FST-CV-02-0188146-S. Counsel therefore will be unavailable for the presently scheduled hearing and prays that this Motion be granted *Nunc Pro Tunc*.

- 2 -

THE PLAINTIFF

BY: s/ Kenneth A. Votre
Votre & Associates, P.C.
201 Orange Street
New Haven, CT 06510
Tel.: 203.498.0065
Fax.: 203.821.3595
Juris No.: CT 422508

Case 3:02-cv-02183-JCH    Document 82    Filed 09/19/2006    Page 2 of 3

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this, the 19th day of September, 2006, to the following counsel of record:

Matthew C. Mason
Gregory & Adams
190 Old Ridgefield Road
Wilton, CT 06897

                    s/ Kenneth A. Votre
                    Kenneth A. Votre, Esq.