# United States District Court

DISTRICT OF _____

Marioteta, Jr. et al
v.
Fu, et al

~~EXHIBIT AND~~ WITNESS LIST

CASE NUMBER: 3:02CV2183(JCH)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| J. Hall | Kenneth A. Votre | |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| | S. Baldwin | D. Candee |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 10/19/06 | — | — | Mario Teta, Jr., Wolcott, CT. |

United States District Court
District of Connecticut
FILED AT BRIDGEPORT
10/19/06
_____, Clerk
By D. Candee
Deputy Clerk

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of ____ Pages