UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MARIO TETA, JR., and
RONALD MACHADO

    v.                               3:02CV2183 JCH

MATSUOKA AMERICA LIMITED

## DEFAULT JUDGMENT

This action came on for consideration before the Honorable Janet C. Hall, United States District Judge, as a result of plaintiffs' request for judgment on default pursuant to Rule 55(b) of the Federal Rules of Civil Procedure. On August 11, 2006, a default entered against the defendant, Matsuoka America Limited. The plaintiffs filed a motion for default judgment and on October 19, 2006, a hearing in damages was held and the Court granted the plaintiffs' motion, in the amount of $100,000.00 (license), $5,135.000.00 (commission), and $300,000.00 (corrugated paper), for a total of $5,535,000.00.

Therefore, it is ORDERED and ADJUDGED that judgment is entered in favor of the plaintiffs, Mario Teta, Jr. and Ronald Machado, and against the defendant, Matsuoka America Ltd., in the amount of $5,535,000.00.

Dated at Bridgeport, Connecticut, this 26th day of October, 2006.

                                          KEVIN F. ROWE, Clerk

                                          By    /s/Catherine Boroskey
                                                      Deputy Clerk

Entered on Docket _____