UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARIO TETA, Jr and<br>RONALD MACHADO<br>Plaintiffs | :<br>:<br>:<br>:    CASE NO: 3:02-CV-02183-JCH<br>: |
| Vs. | :<br>: |
| MATSUOKA AMERICA LIMITED<br>Defendant | :<br>:<br>:    NOVEMBER 2, 2006 |

## MOTION FOR AWARD OF ATTORNEY FEES

Pursuant to Federal Rule of Civil Procedure 54(d)(2)(B) and Local Rule of Civil Procedure 11, the Plaintiffs, Mario Teta, Jr and Ronald Machado respectfully moves this Honorable Court for an award of attorney's fees in the above captioned matter.

Judgment on Default was entered on October 27, 2006 in the total sum of $ 5,535,000.00 on all counts of the Plaintiff's Complaint.

Plaintiff's Complaint sounded *inter alia*, in fraud and intentional misrepresentation. Under Connecticut law, applicable in this diversity case, the prevailing Plaintiff may be awarded attorney's fees as punitive damages. The Plaintiff's move the Court to exercise the Court's discretion and award attorney's

fees. *See,* <u>Casting Supply House, Inc. v. ELF Atochem NA, Inc.,</u> 34 Fed. Appx. 412 (C.A.2 (Conn.) ;(the Second Circuit Court of Appeals held that: (1) evidence supported finding that supplier made intentional misrepresentations, and (2) evidence supported award of lost profits and punitive damages.)

          THE PLAINTIFF

BY<u>: s/  Kenneth A. Votre</u>
Votre & Associates, P.C.
201 Orange Street
New Haven, CT 06510
Tel.: 203.498.0065
Fax.: 203.821.3595
Juris No.: CT 422508

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this, the 2nd day of November, 2006, to the following counsel of record:

s/ Kenneth A. Votre
Kenneth A. Votre, Esq.
