## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

---------------------------------------------------X
MARIO TETA, Jr. ET AL,

        Plaintiffs,

vs.

MATSUOKA AMERICA, LTD

---------------------------------------------------X

Civil Action No.
3:02 Civ. 2183 (JCH)

**AFFIDAVIT OF
KENNETH A. VOTRE
RE: ATTORNEYS FEES**

STATE OF CONNECTICUT   }
                                    } :ss.
COUNTY of NEW HAVEN     }

Kenneth A. Votre, being duly sworn, deposes and says:

1. I am over the age of eighteen years and believe in the obligations of an oath.

2. I the principal of Votre and Associates, P.C. My firm is counsel to the plaintiffs herein, Mario Teta and Ronald Machado.

3. Up to and including the proceedings on this date, October 19, 2006, my firm has incurred outstanding attorney's fees in the amount of $4,087.50

4. Judgment on Default was entered on October 27, 2006

5. Total attorney's fees incurred in this matter, unless there occur some unforeseen matters requiring my attention, or the attention of other attorneys in my office, is $4,087.50 (see attached invoice).

6. The attached invoices cover the entire course of the representation of Mario Teta and Ronald Machado.

_____
Kenneth A. Votre

Subscribed and sworn to before me this
2nd day of November, 2006

_____
Commissioner, Superior Court

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed this 2nd day of November, 2006 to all counsel and pro se parties of record:

_____/s/_____
Kenneth A. Votre