*Votre & Associates, P.C.*
201 Orange Street
New Haven, CT 06510

Ph:(203) 498-0065     Fax:(203) 821-3595

Mario Teta, Jr.                                                November 2, 2006
14 Town Line Road
Wolcott, CT 06716

|  |  |
|---|---|
| File #: | 000349 |
| **Attention:** Inv #: | Sample |

RE:     International litigation

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Aug-30-06 | Draft motion for defendant | 0.80 | 220.00 | JBW |
| Aug-31-06 | Prepare motion for default judgments; telephone conference w-client | 0.40 | 110.00 | JBW |
|  | Motion for Default and telephone conference with Client. | 0.40 | 110.00 | JBW |
| Sep-14-06 | Telephone call w-Judge Janet Hall | 0.10 | 27.50 | JBW |
| Sep-19-06 | Draft motion for continuance and fax | 0.60 | 105.00 | MCM |
| Oct-03-06 | Telephone conference and letter to Chambers of Hon,. Janet Hall; Conference with KAV. | 0.40 | 110.00 | JBW |
| Oct-10-06 | Corporation Search, re Sir Speedy; Conference with KAV. | 0.40 | 110.00 | JBW |
| Oct-18-06 | Revise affidavit of debt; prepare for hearing. | 0.70 | 122.50 | MCM |
| Oct-19-06 | Attended Hearing and Damages; travel time. | 2.00 | 600.00 | KAV |
|  | Revised affidavit of debt; prepare for hearing | 0.80 | 140.00 | MCM |
|  | Totals | 6.60 | $1,655.00 |  |

| | |
|---|---|
| **Total Fees, Disbursements** | $1,655.00 |
| Previous Balance | $2,432.50 |
| Previous Payments | $2,432.50 |
| **Balance Due Now** | **$1,655.00** |

## TRUST STATEMENT

|  |  | Disbursements | Receipts |
|---|---|---|---|
| Jan-19-06 | Received From: Mario Teta<br>Retainer |  | 5,000.00 |
|  | Paid To: Votre & Associates, P.C.<br>Mario Teta -Retained Fees earned Inv. 1480 | 2,432.50 |  |
| Jul-12-06 | Paid To: Votre & Associates, P.C.<br>Attorney Fees 000349 Inv. 1838 | 2,432.50 |  |
| Aug-07-06 | Received From: Ronald F. Machado<br>Retainer Money Ist payment of $5,000.00 |  | 1,000.00 |
| Sep-05-06 | Received From: Ronald F. Machado<br>Retainer money |  | 1,000.00 |
|  | Total Trust | $4,865.00 | $7,000.00 |
|  | **Trust Balance** |  | **$2,135.00** |