Votre & Associates, P.C.
Client Ledger
ALL DATES

| Date Entry# | Received From/Paid To Explanation | Che# Rcpt# | Rcpts | General Disbs | Fees | Bld Inv# | Acc | Trust Rcpts | Trust Disbs | Balance |
|---|---|---|---|---|---|---|---|---|---|---|

**Teta　Teta, Jr., Mario**
　**000349　　International litigation**　　　　　　　　　　　　　　　　　　**KAV - Kenneth A. Votre**

| Date | Explanation | Che#/Rcpt# | Rcpts | Gen Disbs | Fees | Bld Inv# | Acc | Trust Rcpts | Trust Disbs | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Sep 21/2005 | Lawyer: KPS  1.80 Hrs X 175.00 | | | | 315.00 | 1418 | | | | |
| 9973 | Meeting with new client. | | | | | | | | | |
| Oct 6/2005 | Lawyer: KPS  0.50 Hrs X 175.00 | | | | 87.50 | 1480 | | | | |
| 11435 | Research any conflicts, statute of limitations. | | | | | | | | | |
| Oct 13/2005 | Lawyer: KAV  0.50 Hrs X 300.00 | | | | 150.00 | 1480 | | | | |
| 10211 | Review file and case, | | | | | | | | | |
| Oct 18/2005 | Lawyer: KPS  0.20 Hrs X 175.00 | | | | 35.00 | 1480 | | | | |
| 10131 | Telephone call to client. | | | | | | | | | |
| Nov 9/2005 | Lawyer: KPS  0.20 Hrs X 175.00 | | | | 35.00 | 1480 | | | | |
| 10888 | Telephone call to client. | | | | | | | | | |
| Nov 9/2005 | Lawyer: KPS  0.30 Hrs X 175.00 | | | | 52.50 | 1480 | | | | |
| 10892 | Telephone call to client. | | | | | | | | | |
| Nov 11/2005 | Lawyer: KPS  0.30 Hrs X 175.00 | | | | 52.50 | 1480 | | | | |
| 11436 | Letter to Attorney Guarino, telephone call to client. | | | | | | | | | |
| Nov 14/2005 | Lawyer: KAV  0.80 Hrs X 300.00 | | | | 240.00 | 1480 | | | | |
| 10493 | Review motion for extension, telephone call with client, telephone call with old counsel. | | | | | | | | | |
| Nov 14/2005 | Lawyer: KPS  0.50 Hrs X 175.00 | | | | 87.50 | 1480 | | | | |
| 10907 | Motion for extension, call to clerk. | | | | | | | | | |
| Nov 15/2005 | Lawyer: KPS  0.50 Hrs X 175.00 | | | | 87.50 | 1480 | | | | |
| 10910 | Redraft motions. | | | | | | | | | |
| Nov 23/2005 | Billing on Invoice 1418 | | | 0.00 | | 1418 | | | | |
| 10840 | FEES  315.00 | | | | | | | | | |
| Nov 23/2005 | Lawyer: KPS  0.20 Hrs X 175.00 | | | | 35.00 | 1480 | | | | |
| 10994 | Telephone call to client. | | | | | | | | | |
| Nov 28/2005 | Lawyer: KPS  0.30 Hrs X 175.00 | | | | 52.50 | 1480 | | | | |
| 11001 | Begin motion for reconsideration. | | | | | | | | | |
| Nov 30/2005 | Lawyer: KPS  0.70 Hrs X 175.00 | | | | 122.50 | 1480 | | | | |
| 11010 | Complete draft of motion for reconsideration. | | | | | | | | | |
| Dec 5/2005 | Lawyer: KPS  1.40 Hrs X 175.00 | | | | 245.00 | 1480 | | | | |
| 11028 | Memorandum and research - motion for reconsideration. | | | | | | | | | |
| Dec 6/2005 | Lawyer: KPS  0.50 Hrs X 175.00 | | | | 87.50 | 1480 | | | | |
| 11042 | Complete reconsideration. | | | | | | | | | |
| Dec 6/2005 | Lawyer: KAV  0.50 Hrs X 300.00 | | | | 150.00 | 1480 | | | | |
| 11128 | Review motion to reconsider. | | | | | | | | | |
| Dec 8/2005 | Lawyer: KAV  0.20 Hrs X 300.00 | | | | 60.00 | 1480 | | | | |
| 11123 | Telephone call to partner. | | | | | | | | | |
| Dec 13/2005 | Lawyer: KPS  0.20 Hrs X 175.00 | | | | 35.00 | 1480 | | | | |
| 11048 | Telephone call with client. | | | | | | | | | |
| Dec 15/2005 | Lawyer: KAV  1.50 Hrs X 300.00 | | | | 450.00 | 1480 | | | | |
| 11083 | Meeting with client. | | | | | | | | | |
| Dec 27/2005 | Lawyer: KPS  0.30 Hrs X 175.00 | | | | 52.50 | 1480 | | | | |
| 11278 | Telephone call with client. | | | | | | | | | |
| Jan 18/2006 | Billing on Invoice 1480 | | | 0.00 | | 1480 | | | | |
| 11614 | FEES  2117.50 | | | | | | | | | |
| Jan 19/2006 | Mario Teta | 00134 | | | | 1703 | 1 | 5000.00 | | 5000.00 |
| 11659 | Retainer | | | | | | | | | |
| Jan 19/2006 | Votre & Associates, P.C. | 3308 | | | | 1703 | 1 | | 2432.50 | 2567.50 |
| 11661 | Mario Teta -Retained Fees earned Inv. 1480 | | | | | | | | | |
| May 11/2006 | Billing on Invoice 1703 | | | 0.00 | | 1703 | | | | |
| 13342 | | | | | | | | | | |
| Jul 11/2006 | Billing on Invoice 1838 | | | 0.00 | | 1838 | | | | |
| 14153 | | | | | | | | | | |
| Jul 12/2006 | Votre & Associates, P.C. | 3404 | | | | 1948 | 1 | | 2432.50 | 135.00 |
| 14180 | Attorney Fees 000349 Inv. 1838 | | | | | | | | | |
| Aug 7/2006 | Ronald F. Machado | 00188 | | | | 1948 | 1 | 1000.00 | | 1135.00 |
| 14379 | Retainer Money Ist payment of $5,000.00 | | | | | | | | | |
| Aug 25/2006 | Billing on Invoice 1948 | | | 0.00 | | 1948 | | | | |
| 14558 | | | | | | | | | | |
| Aug 30/2006 | Lawyer: JBW  0.80 Hrs X 275.00 | | | | 220.00 | | | | | |
| 14757 | Draft motion for defendant | | | | | | | | | |
| Aug 31/2006 | Lawyer: JBW  0.40 Hrs X 275.00 | | | | 110.00 | | | | | |
| 14759 | Prepare motion for default judgments; telephone conference w-client | | | | | | | | | |
| Sep 5/2006 | Ronald F. Machado | 00189 | | | | | 1 | 1000.00 | | 2135.00 |
| 14603 | Retainer money | | | | | | | | | |
| Sep 14/2006 | Lawyer: JBW  0.10 Hrs X 275.00 | | | | 27.50 | | | | | |
| 14784 | Telephone call w-Judge Janet Hall | | | | | | | | | |
| Sep 19/2006 | Lawyer: MCM  0.60 Hrs X 175.00 | | | | 105.00 | | | | | |

Client Ledger
ALL DATES

```
Date     Received From/Paid To           Che#            General              Bld                  Trust
    Entry# Explanation                   Rcpt#   Rcpts    Disbs     Fees     Inv#  Acc   Rcpts    Disbs    Balance
----------------------------------------------------------------------------------------------------------------
       14868 Draft motion for continuance and fax
Sep 29/2006 Retainer Trust Mario Teta     00321  1050.00
       15113 PMT - Matter 000349 inv. 1838
Sep 29/2006 Retainer Trust Mario Teta     00321  1382.50
       15114 PMT - Matter 000349 inv. 1838
Oct 10/2006 Lawyer: JBW  0.40 Hrs X 275.00                         110.00
       15302 Corporation Search, re Sir Speedy;
             Conference with KAV.
----------------------------------------------------------------------------------------------------------------
            |-------- UNBILLED --------|  |------------ BILLED ------------|  |------ BALANCES ------|
TOTALS        CHE+    RECOV    FEES+  = TOTAL    DISBS +   FEES +    TAX -   RECEIPTS   = A/R       TRUST
PERIOD        0.00     0.00   572.50   572.50       0.00  2432.50     0.00    2432.50    0.00      2135.00
END DATE      0.00     0.00   572.50   572.50       0.00  2432.50     0.00    2432.50    0.00      2135.00

            |-------- UNBILLED --------|  |------------ BILLED ------------|  |------ BALANCES ------|
FIRM TOTALS   CHE+    RECOV    FEES+  = TOTAL    DISBS +   FEES +    TAX -   RECEIPTS   = A/R       TRUST
PERIOD        0.00     0.00   572.50   572.50       0.00  2432.50     0.00    2432.50    0.00      2135.00
END DATE      0.00     0.00   572.50   572.50       0.00  2432.50     0.00    2432.50    0.00      2135.00
```

REPORT SELECTIONS
Report:                 Client Ledger
Layout Template:        All
Requested by:           ADMIN
Finished:               Thursday, November 02, 2006 at 12:14:19 PM
Date Range:             ALL DATES
Matters:                000349
Clients:                All
Major Clients:          All                       Firm Totals Only:           No
Responsible Lawyer:     All                       Entries Shown - Billed Only: No
Client Intro Lawyer:    All                       Entries Shown - Disbursements: Yes
Assigned Lawyer:        All                       Entries Shown - Receipts:   Yes
Type of Law:            All                       Entries Shown - Trust:      Yes
Sort by Resp Lawyer:    No                        Entries Shown - Time or Fees: Yes
New Page for Each Lawyer: No                      Working Lawyer:             No
New Page for Each Matter: No                      Incl. Matters with Retainer Bal: No
Totals Only:            No                        Incl. Matters with Neg Unbld Disb: No
Consolidate Payments:   No                        Show Interest:              No
No Activity Date:       Dec 31/2199               Trust Account:              All
Select From:            Active, Inactive Matters
Include Corrected Entries: No                     Show Client Address:        No
Ver:                    6.60e